Anton Marquis Douglas
8149 Arroyo Vista Dr.
Sacramento, California 95823   Case Number 2:23-cv-02245
                                         KJM AC PS

Filing NAME AND information about Film.
I feel bad that I forgot to
put the name on the complaint on the original
paperwork.

**FILED**

OCT 19 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

WIKIPEDIA

# *Soul Plane*

*Soul Plane* is a 2004 American comedy film directed by Jessy Terrero, written by Bo Zenga and starring Tom Arnold, Kevin Hart, Method Man and Snoop Dogg. Supporting actors include Mo'Nique, Loni Love, K.D. Aubert, D.L. Hughley, Godfrey and Sofia Vergara.



**Soul Plane**

Theatrical release poster

| | |
|---|---|
| **Directed by** | Jessy Terrero |
| **Produced by** | David Scott Rubin |
| | Jessy Terrero |
| **Written by** | Chuck Wilson |
| | Bo Zenga |
| **Starring** | Tom Arnold |
| | Kevin Hart |
| | Method Man |
| | Snoop Dogg |
| **Music by** | RZA |
| | Christopher Lennertz (Uncredited) |
| **Cinematography** | Jonathan Sela |

## Contents

**Plot**
**Cast**
**Release**
  Box office
  Critical reception
**References**
**External links**

## Plot

Nashawn Wade (Kevin Hart) has a horrible experience with a typical airline: his dog **Dre** was classified as a checked baggage instead of a carry-on, he eats a horrible airline meal, his buttocks gets stuck in the toilet during turbulence, and Nashawn's dog is sucked through a jet engine (after a stewardess accidentally opens the cargo door). In response, he sues the airline and is awarded $100,000,000 by the jury. He decides to use the money to start his own airline, called N.W.A. (Nashawn Wade Airlines), whose acronym and logo are a pop culture reference to rap group N.W.A. The airline specifically caters to African Americans and hip hop culture. The terminal at the airport is called the Malcolm X terminal, the plane is a heavily modified Boeing 747SP, customized with low-rider hydraulics, spinners, blended winglets to compensate for the drag from the decorations, and a dance club. The safety video is also a spoof of the Destiny's Child song "Survivor".

After taking off from Los Angeles International Airport, Nashawn must deal with a multitude of problems, starting with his acrophobic captain, Captain Mack (Snoop Dogg). At a cruising altitude of Flight Level 330, it is revealed that he has never left the ground because he learned to fly on computer simulators in prison. Meanwhile, his cousin Muggsey (Method Man), sets up a miniature casino and strip joint in one of the areas of the plane (as seen in the workprint and unrated versions of the film), and Nashawn's ex-girlfriend is on board and less than happy to see him. Meanwhile, the Hunkee family, the only caucasian passengers on board, must also deal with their own problems; Elvis Hunkee's (Tom Arnold) daughter is turning eighteen and plans to use her newfound freedom by drinking and having sex, his son has transformed from an exact duplicate of him to a stereotypical wigger, and his wife has found a new interest in black men after viewing pictures in a pornographic magazine.

The pilot seemingly dies after eating mushrooms that the co-pilot, First Officer Gaemon (Godfrey), uses to soothe his genital crabs. Nashawn attempts to contact Gaemon, who is incapacitated after slipping near a hot tub, forcing Nashawn to attempt to land the plane himself. Nashawn lands the plane safely, using the airplane stewardess' (Sofía Vergara) flight knowledge which she learned while having sex in the cockpit with the pilot on another plane. The plane lands in the middle of Central Park instead of John F. Kennedy International Airport, and the spinners are stolen from the plane. Nashawn reconciles with his ex-girlfriend after earlier revealing to her that he only broke up with her so she would not give up her college opportunities for him.

| | |
|---|---|
| **Edited by** | Michael R. Miller |
| **Production company** | Boz Productions |
| | Turbo Productions |
| | Metro-Goldwyn-Mayer |
| **Distributed by** | MGM Distribution Co. |
| **Release date** | May 28, 2004 |
| **Running time** | 86 minutes[1] |
| **Country** | United States |
| **Language** | English |
| **Budget** | $16 million[2] |
| **Box office** | $14.8 million[2] |

The movie ends with Nashawn telling the audience the fate of his crew. He claims that he and his ex-girlfriend are back together taking their relationship slow this time around, his cousin Muggsey has started a strip club and gambling casino located in another airplane similar to the club in Nashawn's plane, Elvis Hunkee has begun a sexual relationship with one of the abrasive airline security guards (Mo'Nique), and Elvis Hunkee's son has become a major music video director but has disappeared shortly after filming a Michael Jackson video. The pilot later wakes up with both his chain and clothing stolen.

## Cast

- Kevin Hart as Nashawn Wade
- Snoop Dogg as Captain Antoine Mack
- Tom Arnold as Elvis Hunkee
- Method Man as Muggsy
- K. D. Aubert as Giselle
- Godfrey as Leslie Gaemon
- Brian Hooks as D.J.
- Arielle Kebbel as Heather Hunkee