UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANJON MAREQUIS DOUGLAS, | No. 2:23-cv-02245 KJM AC PS |
| Plaintiff, | |
| v. | ORDER |
| METRO GOLDWYN MAYER and AMAZON, | |
| Defendants. | |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

On November 28, 2023 the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 21 days. ECF No. 5. Plaintiff has not filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

/////

1

. . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 28, 2023, are adopted in full.

2. This case is DISMISSED with prejudice because the complaint fails to state a claim upon which relief can be granted.

3. Leave to amended is not granted because amendment would be futile.

4. The Clerk of Court is directed to close this case.

DATED: January 29, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE