## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

AN JON MARQUIS DOWGLAS,

CASE NO: **2:23−CV−02245−KJM−AC**

v.

METRO GOLDWYN − MAYER, ET AL.,

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/30/24**

**Keith Holland**
Clerk of Court

ENTERED: **January 30, 2024**

by: /s/ A. Kastilahn
Deputy Clerk